## STEVEN R. POULIN *v.* ROBERT S. YASNER

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 730 (AC 19671), is denied.

---

* The appeal was dismissed April 24, 2003, a notice of suggestion of death having been filed by the state and presented to the court.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*James J. Noonan*, in support of the petition.

*Eddi Z. Zyko*, in opposition.

Decided September 20, 2001